1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WESLEY MITCHELL,

11            Plaintiff,                    No. CIV-S-11-1240 JAM GGH P

12        vs.

13   MATTHEW L. CATE, et al.,               ORDER &

14            Defendants.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed September 14, 2011, several defendants in

18   plaintiff's complaint were dismissed with leave to file an amended complaint.  Evidently electing

19   not to file an amended complaint, plaintiff, by filing dated September 21, 2011, has informed the

20   court that he elects to proceed only as to the defendants within the original complaint against

21   whom it was determined that colorable claims had been framed.

22            The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

23   and 28 U.S.C. § 1915A(b) as to certain defendants.  If the allegations of the complaint as to these

24   defendants are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

25   action.  The court will also herein recommend dismissal of the defendants previously dismissed

26   with leave to amend.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Service is appropriate for the following defendants:  McDonald, Gower,

3    Davey, Van Leer, Sanders, Miranda and Clark.

4    2.  The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, one

5    summons, an instruction sheet and a copy of the complaint filed May 9, 2011.

6    3.  Within thirty days from the date of this order, plaintiff shall complete the

7    attached Notice of Submission of Documents and submit the following documents to the court:

8    a.  The completed Notice of Submission of Documents;

9    b.  One completed summons;

10    c.  One completed USM-285 form for each defendant listed in number 1

11    above; and

12    d. Eight (8) copies of the endorsed complaint filed May 9, 2011.

13    4.  Plaintiff need not attempt service on defendants and need not request waiver of

14    service.  Upon receipt of the above-described documents, the court will direct the United States

15    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

16    without payment of costs.

17    IT IS RECOMMENDED for the reasons set forth in the Order, filed on September

18    14, 2011 (docket # 9), that defendants Cate, Kernan, Chapman, Harkness and Dangler be

19    dismissed from this action.

20    These findings and recommendations are submitted to the United States District

21    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

22    days after being served with these findings and recommendations, plaintiff may file written

23    objections with the court.  Such a document should be captioned "Objections to Magistrate

24    Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

25    \\\\

26    \\\\

2

1  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2  Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: October 17, 2011

4                                          /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

5
   GGH:009
6  mitc1240.1+

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WESLEY MITCHELL,

11          Plaintiff,                    No. CIV-S-11-1240 GGH P

12      vs.

13   MATTHEW L. CATE, et al.,                   NOTICE OF SUBMISSION

14          Defendants.                          OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          __1__      completed summons form

19          __7__      completed USM-285 forms

20          __8__      copies of the May 9, 2011
                                      Complaint

21   DATED:

22

23                                 _____
                                            Plaintiff
24

25

26