IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY MITCHELL,

        Plaintiff,                    No. CIV-S-11-1240 JAM GGH P

        vs.

MATTHEW L. CATE, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 17, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed October 17, 2011, are adopted in full; and

2. For the reasons set forth in the Order, filed on September 14, 2011 (docket # 9), defendants Cate, Kernan, Chapman, Harkness and Dangler are dismissed from this action.

DATED:   December 8, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE