1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

WESLEY MITCHELL,

11

        Plaintiff,               No. CIV-S-11-1240 JAM GGH P

12

    vs.

13

MATTHEW L. CATE, et al.,

14

15

        Defendants.          <u>ORDER</u>

_____/

16

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17

seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18

Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19

        On February 6, 2012, the magistrate judge filed findings and recommendations

20

herein which were served on all parties and which contained notice to all parties that any

21

objections to the findings and recommendations were to be filed within fourteen days.  Neither

22

party has filed objections to the findings and recommendations.

23

        The court has reviewed the file and finds the findings and recommendations to be

24

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25

ORDERED that:

26

1

1          1.  The findings and recommendations filed February 6, 2012, are adopted in full;

2          2.  Defendant D. Clark is dismissed from this action.

3  DATED:    March 20, 2012

4                                        /s/ John A. Mendez
5                                        UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26