1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WESLEY MITCHELL,

12              Plaintiff,                    No. 2:11-cv-1240 JAM AC P

13         vs.

14   MATTHEW L. CATE, et al.,

15              Defendants.                   ORDER

16   _____/

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On February 20, 2013, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within fourteen (14) days.  Neither party  has

23   filed objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1        1.  The findings and recommendations filed February 20, 2013, are adopted in

2   full;

3        2.  Defendant Miranda's motion to dismiss under Rule 12(b)(6) (ECF No. 29) is

4   granted without prejudice to amendment and plaintiff is granted twenty-eight days to file an

5   amended complaint.

6        3.  Defendants' motion to dismiss for failure to exhaust administrative remedies

7   (ECF No. 30) is granted as to the claim that plaintiff's Eighth Amendment rights were violated

8   by exposure to extreme cold without adequate clothing and/or linens (ECF No. 1 at 20, ¶ 152),

9   and denied as to all other claims.

10  DATED:    April 12, 2013

11                                    /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26