KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
BENJAMIN R. DORE, State Bar No. 274199
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-7397
 Fax: (916) 324-5205
 E-mail: Benjamin.Dore@doj.ca.gov
*Attorneys for Defendants Clark, Davey, Gower, McDonald, Sanders and Van Leer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**WESLEY MITCHELL,**

Plaintiff,

v.

**MATTHEW L. CATE, et al.,**

Defendants.

Case No. 2:11-CV-1240 JAM AC (PC)

[~~PROPOSED~~] ORDER

Defendants' request to conduct Plaintiff Wesley Mitchell's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: August 29, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2012104001
31765617.doc

1

[Proposed] Order  (2:11-CV-1240 JAM AC (PC))