IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WESLEY MITCHELL,** <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW L. CATE, et al.,** <br><br> Defendants. | 2:11-CV-1240 JAM AC (PC) <br><br> **[PROPOSED]** ORDER |

The Court has considered Defendants' Request to File an Amended Statement of Undisputed Facts and Evidence. Good cause appearing, IT IS ORDERED that Defendants' request is GRANTED. Within seven days of this Order Defendants shall file an Amended Statement of Facts and Evidence [including/excluding Exhibits C-M].

Dated: March 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order  (2:11-CV-1240 JAM AC (PC) )